UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:09-MG-601201 (MAS) |
| V. | : | RECOGNIZANCE NO. NEW1823 |
| MAGUETTI NDIAYE, | : | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| Defendant(s) | : | |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of FIVE THOUSAND DOLLARS ($5,000.00) was deposited into the Registry of this Court as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record.

IT IS ON THIS 22 day of April, 2009,

ORDERED THAT the sum of FIVE THOUSAND DOLLARS ($5,000.00) be paid to Boubacar Ndiaye, 35 Broadway, Bayonee, NJ 07002.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT